UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

APR 16 2019

U.S. DISTRICT COURT
ELKINS WV 26241

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 2:19cr13 |
| JOSHUA JESSIE WHITE, | Violations: 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(2) |
| | 18 U.S.C. § 924(c)(1)(A) |
| | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(B) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Unlawful Possession of a Firearm)

On or about April 3, 2018, in Tucker County, in the Northern District of West Virginia, defendant **JOSHUA JESSIE WHITE**, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is Voluntary Manslaughter, in the Circuit Court of Randolph County, West Virginia, in case number 00-F-27 on March 6, 2000, and Conspiracy, in the Circuit Court of Randolph County, West Virginia, in case number 07-F-85 on March 17, 2008, did knowingly possess in and affecting commerce a firearm, that is: a Smith & Wesson, model Bodyguard, .38 caliber revolver, serial number CPK1089; a Taurus, model 85 Protector, .38 caliber revolver, serial number KN69905; a Glock, model 17, 9mm pistol, serial number HPF074, a Ruger, model LCP, .380 caliber pistol, serial number 371357462, and a Taurus, model PT709 Slim, 9mm pistol, serial number TJS37762; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

(Possession with Intent to Distribute Methamphetamine)

On or about October 27, 2018, in Randolph County, in the Northern District of West Virginia, defendant **JOSHUA JESSIE WHITE** did unlawfully, knowingly, intentionally, and without authority, possess with intent to distribute more than five (5) grams of methamphetamine, also known as "crystal meth" and "ice," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT THREE

(Possession of a Firearm in Furtherance of a Drug Crime)

On or about October 27, 2018, in Randolph County, in the Northern District of West Virginia, defendant **JOSHUA JESSIE WHITE** did knowingly possess in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is the offense charged in Count Two, a firearm, that is a High Standard, model Hombre, .22 caliber revolver, serial number 2206420, and a Derringer, unknown model, .22 caliber pistol, serial number Z10338; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

*Controlled Substance Act*
*Gun Control Act*

1. Pursuant to Title 21, United States Code, Sections 841(a) and 853, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including:

   1. a Smith & Wesson, model Bodyguard, .38 caliber revolver, serial number CPK1089;
   2. a Taurus, model 85 Protector, .38 caliber revolver, serial number KN69905;
   3. a Glock, model 17, 9mm pistol, serial number HPF074;
   4. a Ruger, model LCP, .380 caliber pistol, serial number 371357462;
   5. a Taurus, model PT709 Slim, 9mm pistol, serial number TJS37762;
   6. a High Standard, model Hombre, .22 caliber revolver, serial number 2206420;
   7. nine rounds of .22 caliber ammunition;
   8. a Derringer, unknown model, .22 caliber pistol, serial number Z10338;
   9. ten rounds .22 caliber ammunition; and
   10. $1,096.00 in United States currency seized on 04/03/18 in Tucker County.

2. Pursuant to Title 18, United States Code, Sections 922(g), 924(c), and 924(d), and Title 28, United States Code, Section 2461(c), the government will seek the forfeiture of any firearm and any ammunition involved in the knowing commission of such offense, including:

   1. a Smith & Wesson, model Bodyguard, .38 caliber revolver, serial number CPK1089;
   2. a Taurus, model 85 Protector, .38 caliber revolver, serial number KN69905;
   3. a Glock, model 17, 9mm pistol, serial number HPF074;

4. a Ruger, model LCP, .380 caliber pistol, serial number 371357462;

5. a Taurus, model PT709 Slim, 9mm pistol, serial number TJS37762;

6. a High Standard, model Hombre, .22 caliber revolver, serial number 2206420;

7. nine rounds of .22 caliber ammunition;

8. a Derringer, unknown model, .22 caliber pistol, serial number Z10338; and

9. ten rounds .22 caliber ammunition.

A true bill,

/s/_____
Foreperson

/s/_____
WILLIAM J. POWELL
United States Attorney

Stephen Warner
Assistant United States Attorney