**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**                                               **Crim. Action No. 2:19-cr-13-1
                                                      (Judge Kleeh)**

**JOSHUA JESSIE WHITE,**

        **Defendant.**

**ORDER ADOPTING REPORT AND RECOMMENDATION [DKT. NO. 240] AND
DENYING DEFENDANT'S SECOND MOTION TO SUPPRESS [DKT. NO. 172]**

On December 2, 2019, Defendant Joshua Jessie White ("Defendant") filed a motion to suppress physical evidence [Dkt. No. 171] and a second motion to suppress physical evidence [Dkt. No. 172]. Pursuant to 28 U.S.C. § 636, the Court referred the motions to United States Magistrate Judge Michael J. Aloi for initial review and preparation of a Report and Recommendation ("R&R"). An evidentiary hearing on the second motion to suppress was held on January 10, 2020 [Dkt. No. 223]. The Magistrate Judge recommended that the second motion to suppress be denied [Dkt. No. 240].

When considering a magistrate judge's R&R pursuant to 28 U.S.C. § 636(b)(1), the Court must review de novo those portions to which objection is timely made. Otherwise, "the Court may adopt, without explanation, any of the magistrate judge's

recommendations to which the [defendant] does not object." Dellarcirprete v. Gutierrez, 479 F. Supp. 2d 600, 603–04 (N.D.W. Va. 2007) (citing Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983)). Courts will uphold portions of a recommendation to which no objection has been made unless they are clearly erroneous. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

Here, objections to the Magistrate Judge's R&R were due on or before February 7, 2020. To date, Defendant has not filed any objections. Accordingly, the Court reviewed the R&R for clear error.

## Conclusion

Upon careful review of the above, and finding no clear error, the Court **ADOPTS** the R&R [Dkt. No. 240]. Defendant's second motion to suppress [Dkt. No. 172] is **DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** May 13, 2020

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE